UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHNNY COPLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNY TAYLOR, )<br>)<br>Defendant. ) | Case No. 1:12-CV-385<br><br>Judge Curtis L. Collier |

## JUDGMENT ORDER

On November 27, 2012, *pro se* Plaintiff Johnny Copley ("Plaintiff") filed a complaint against Defendant Kenny Taylor (Court File No. 2) as well as a motion to proceed *in forma pauperis* ("IFP") (Court File No. 1). On December 5, 2012, Magistrate Judge William Carter filed a report and recommendation ("R&R") concluding Plaintiff had failed to state a claim on which relief could be granted (Court File No. 5). Accordingly, the Magistrate Judge recommended the Court dismiss Plaintiff's case under 28 U.S.C. § 1915(e)(2). The R&R was mailed to the address provided by Plaintiff but was returned as nondeliverable. It is the Plaintiff's responsibility to inform the Court of address changes. *See , e.g.*, *Tribble v. Bradley County Sheriff's Dep't*, No. 1:05-CV-321, 2006 WL 962821, at *2 (E.D. Tenn. April 12, 2006). The Court waited two months for Plaintiff to inform the Court of his new address, but to no avail. Because neither party raised an objection to the R&R during the fourteen day period provided under Rule 72 of the Federal Rules of Civil Procedure, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 3) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 1), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT